UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUSSEIN HAMMOUD,

    Plaintiff/Petitioner,                      Case No. 05-74222
                                                              Honorable Lawrence P. Zatkoff

vs.

DARRELL E. WOODARD, and
UNITED STATES BUREAU OF
CUSTOMS AND BORDER PROTECTION,
an agency of the United States Government,

    Defendants/Respondents.
_____/.

## **ORDER ALLOWING ADDITIONAL TIME TO FILE COMPLAINT**

       Based on the Stipulation for Additional Time to File Complaint filed by the parties (dkt #14), Defendants/Respondents may have until Monday, April 24, 2006, to file a civil forfeiture complaint or otherwise resolve this case.

       SO ORDERED.

                                                        s/Lawrence P. Zatkoff
                                                        LAWRENCE P. ZATKOFF
                                                        UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 27, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290